UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**SYLVIA ARJE** as Parent and Natural Guardian of **Z.A.**, and **SYLVIA ARJE**, Individually, *et al.*

                *Plaintiffs,*

-v-

The **NEW YORK CITY DEPARTMENT OF EDUCATION**, and **DAVID C. BANKS**, in his official capacity as Chancellor of the New York City Department of Education,

      *Defendants.*
-------------------------------------------------------------------X

**24-cv-03115 (DEH)**

**PROPOSED ORDER TO SHOW CAUSE**

Upon Plaintiffs' Memorandum of Law in Support of an Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, dated April 26, 2024, and upon the Declaration of Ataur Raquib, sworn to on, and dated, April 26, 2024, along with the exhibits attached thereto, and the pleadings and proceedings, heretofore had herein, it is:

**ORDERED**, that the above-named Defendants shall show cause before Honorable Dale E. Ho to be assigned, at Room 905, at the United States Courthouse in the Southern District of New York, located at 40 Foley Square in the City, County, and State of New York, on the _____ day of _____ at _____ o'clock in the _____ noon of such day, or as such thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure and the Individuals with Disabilities Education Act, requiring the Defendant to immediately implement the final administrative orders for each respective Plaintiff through the funding of the Plaintiff-Students' tuitions and related services, including special transportation.

**ORDERED**, that electronic service of a copy of this Order, along with all documents submitted herewith and in support hereof, upon the Defendants or their counsel on or before

_____ o'clock in the forenoon, on _____, 2024, shall be deemed good and sufficient service thereof. It is further

**ORDERED** that Defendant's opposition papers, if any, are to be served and filed by _____, and Plaintiffs' reply papers, if any, are to be served and filed by _____, 2024.

Dated: _____, 2024
       New York, New York

ISSUED:

_____
United States District Court Judge