UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arje et al., | |
| Plaintiffs, | |
| v. | |
| Aviles-Ramos et al., | |
| Defendants. | |

24-CV-3115 (DEH)

ORDER

DALE E. HO, United States District Judge:

On August 18, 2025, Plaintiffs moved for summary judgment.  ECF No. 34.  The parties

are **ORDERED** to appear for a conference on **March 27, 2026** at **3 P.M**.  The conference will

be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering

the Phone Conference ID: 141 555 214, followed by the pound (#) sign.

SO ORDERED.

Dated: March 25, 2026
New York, New York

_____
DALE E. HO
United States District Judge