

**T**HE **C**ITY OF **N**EW **Y**ORK
### LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-1649
f: (212) 356-1148
e: dthayer@law.nyc.gov

March 25, 2026

***Via ECF***

The Honorable Dale E. Ho
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>Arje, *et al.* v. Samuels, *et al.*</u>, No. 24 CV 3115 (DEH)

Dear Judge Ho:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants Kamar H. Samuels[1] and New York City Department of Education (collectively, "Defendants") in the above-referenced action. I write to respectfully request a 2-week extension of the status conference presently scheduled for March 27, 2026, at 3pm.

On August 18 and 19, 2025, Plaintiffs moved for summary judgment in this action. (ECF Nos. 34-38.) This briefing on this motion completed on October 14, 2025. (ECF Nos. 45-47.) On March 25, 2026, the Court issued an Order scheduling a status conference for March 27, 2026, at 3pm concerning this motion. (ECF No. 49.)

Defendants respectfully request a 2-week adjournment of this conference. I have a preexisting personal appointment in the early afternoon of March 27, 2026, that I cannot reschedule at this juncture. Following this appointment, I have a preexisting conference in another

---

[1] Chancellor Samuels is substituted automatically for the former chancellor, sued solely in their official capacity, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

federal action at 4pm. As such, I respectfully request a 2-week adjournment of the March 27, 2026 status conference in this action to April 10, 2026.

In advance of this application, I attempted to reach Plaintiffs' counsel to determine whether they would consent to the requested adjournment. Although I sent two emails and left a voicemail, I have not yet heard back from them, likely due to their busy schedules with which I am generally aware given our offices' frequent interactions. However, given the requirement in the Court's Individual Rules and Practices in Civil Cases that any requests for adjournments be made two business days in advance of the relevant appearance, I am constrained to file this application without a response from Plaintiffs' counsel. This is Defendants' first request for an adjournment of this status conference, which is the parties' next appearance before the Court.

In the event that April 10, 2026, is not a suitable date for the Court, I am happy to confer with Plaintiffs' counsel and the Court's staff about an alternative suitable date, should the Court so direct.

I thank the Court for its consideration of this request.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc:    ***Via ECF***
       All counsel of record

The conference in this matter is rescheduled for **March 27, 2026** at **9:30 A.M.**  All other aspects of the Court's March 25, 2026 Order, ECF No. 49, are operative.  The Court has reviewed the parties' briefing on the motion for summary judgment and intends to issue an oral ruling.  The Clerk of Court is respectfully requested to terminate ECF No. 50.

SO ORDERED.

Dated: March 26, 2026              Dale E. Ho
New York, New York                United States District Judge

2