UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arje et al., | |
| Plaintiff(s), | 24-CV-3115 (DEH) |
| v. | ORDER |
| Aviles-Ramos et al., | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

For the reasons stated on the record in a hearing held on March 27, 2026, Plaintiffs' motion

for summary judgment, ECF No. 34, is **DENIED**.  Within 7 days of this Order, the parties are

directed to meet and confer to discuss next steps in the litigation, and the parties shall file a joint

letter within 14 days of this Order proposing such steps, including whether any party seeks remand

to the IHO; if so, the proper procedural vehicle for remand; whether (and if so, how) Plaintiffs'

request for attorneys' fees in connection with the underlying administrative proceedings should be

adjudicated at this time; and any other matters the parties wish to address.

The Clerk of Court is respectfully directed to terminate ECF No. 34.

SO ORDERED.

Dated: March 27, 2026
    New York, New York

_____
    DALE E. HO
    United States District Judge