

**T**HE **C**ITY OF **N**EW **Y**ORK
# **L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-1649
f: (212) 356-1148
e: dthayer@law.nyc.gov

April 10, 2026

***Via ECF***

The Honorable Dale E. Ho
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:  **Arje, *et al.* v. Samuels, *et al.*, No. 24 CV 3115 (DEH)**

Dear Judge Ho:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants Kamar H. Samuels[1] and New York City Department of Education (collectively, "Defendants") in the above-referenced action. I write to respectfully request a 2-week extension of the parties' deadline to advise on next steps in this action.

On March 27, 2026, the parties had an appearance to receive a decision of the Court on the Plaintiffs' motion for summary judgment. At that time, the Court read a decision onto the record. The Court then directed the parties to, within one week, meet and confer, and then to subsequently provide the Court with proposed next steps within two weeks of the March 27, 2026 appearance.

On March 27, 2026, I ordered a copy of the decision transcript from the Southern District Reporters, as there was a portion of the Court's decision that I wanted to review in order to appropriately propose next steps. I ordered the transcript with a 1-week turnaround. One week after the Court's decision, the parties' counsel met and conferred as ordered by the Court, and we

---

[1] Chancellor Samuels is substituted automatically for the former chancellor, sued solely in their official capacity, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

agreed that we both wished to review the transcript. Yet at that time, I still had not received the transcript.

On Monday, April 6, 2026, I called the Southern District Reporters, and on April 9, 2026, I emailed them to enquire about the delay in the provision of the transcript. On both instances, I was told that the reporter would be contacted about the transcript. As of writing today, however, I still have not received the transcript from the March 27, 2026 appearance.

Given that the parties' counsel would like to review the Court's decision before proposing next steps, the parties jointly request an additional two weeks to, it is hoped, receive the transcript and review it before meeting and conferring again and proposing next steps. The parties apologize for any inconvenience that this may cause to the Court.

This is the parties' first request for such an extension. I apologize to the Court for the timing of this request for an extension, made after the 2-business-day requirement of the Court's Individual Rules and Practices. I had hoped that my follow-up this week with the Southern District Reporters might obviate the need for any request for an extension, and I regret that that has now resulted in the untimeliness of this request.

The parties thank the Court for its consideration of this request.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc:    ***Via ECF***
       All counsel of record

Application **GRANTED**.  The parties shall file a joint letter proposing next steps in the litigation, pursuant to ECF No. 52, by **April 24, 2026.**  The Clerk of Court is respectfully directed to terminate ECF No. 53.

SO ORDERED.

Dated: April 13, 2026          Dale E. Ho
New York, New York             United States District Judge

2